IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN ANDREW ROACH, JR.** | : | |
| *Plaintiff,* | : | CIVIL ACTION NO. 24-cv-02565 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **MUNICIPAL** | : | |
| **COURT TRAFFIC DIVISION**, *et al.* | : | |
| *Defendants.* | : | |

**O R D E R**

AND NOW, this **10th** day of **February** 2025, upon consideration of the docket, Plaintiff's Proof of Service by Certified Mail Receipt (ECF No. 23), Plaintiff's Request for Default (ECF No. 24), Plaintiff's Motion for Default Judgment (ECF No. 25), and Plaintiff's Motion to Expedite and Notice of Judicial Obligation (ECF No. 26), it is hereby **ORDERED** as follows:

1. Plaintiff's Request for Default (ECF No. 24) and Motion for Default Judgment (ECF No. 25) are **DENIED** on the basis that there is no documented service;

2. Plaintiff is **ORDERED** to cure his failure to serve within thirty (30) days, by **Wednesday, March 12, 2025**. If Plaintiff does not effectuate proper service upon all Defendants, and file on the record proof of the same, on or before **Wednesday, March 12, 2025**, the Court is obligated to dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m);

3. Plaintiff's Motion to Expedite and Notice of Judicial Obligation (ECF No. 26) is **DENIED** as moot.

**BY THE COURT:**

/s/ CHAD F. KENNEY

_____

CHAD F. KENNEY, J.