IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN ANDREW ROACH, JR.** | : | |
| *Plaintiff,* | : | CIVIL ACTION NO. 24-cv-02565 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **MUNICIPAL** | : | |
| **COURT TRAFFIC DIVISION,** *et al.* | : | |
| *Defendants.* | : | |

# O R D E R

AND NOW**,** this **30th** day of **May 2025**, upon consideration of the docket, Plaintiff's Motion to Proceed in District Court Without Prepaying Fees and Costs (ECF No. 42), and Plaintiff's Motion for Reconsideration of Order Denying Judicial Recusal (ECF No. 49), it is hereby **ORDERED,** for the reasons contained in the accompanying memorandum opinion, as follows:

1. The Motion for Reconsideration of the Order Denying Judicial Recusal (ECF No. 49) is **DENIED**.

2. The Clerk of Court is **DIRECTED** to remove the gavel on the Motion to Proceed in District Court Without Prepaying Fees and Costs (ECF No. 42) based on Plaintiff's representations.

3. The action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m).

4. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

*/s/ CHAD F. KENNEY*
_____
CHAD F. KENNEY, J.